In the Matter of the Application of Henry Escher, Jr., as Special Guardian of Edythe M. Kainer, an Infant, for the Removal of Hugo Wantzelius as General Guardian of Said Infant, Respondent. Hugo Wantzelius and Ætna Indemnity Company, Appellants. In the Matter of the Application of Henry Escher, Jr., as Special Guardian of Camille J. N. Kainer, etc., Respondent. Hugo Wantzelius and Ætna Indemnity Company, Appellants.— Motions granted. Present — Woodward, Jenks, Gaynor and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Hugo Wantzelius, as General Guardian of Camille J. N. Kainer, an Infant. Hugo Wantzelius and Ætna Indemnity Company, Appellants. In the Matter of the Judicial Settlement of the Account of Proceedings of Hugo Wantzelius, as General Guardian of Edythe M. Kainer, an Infant. Hugo Wantzelius and Ætna Indemnity Company, Appellants. Motions granted. Present — Woodward, Jenks, Gaynor and Miller, JJ.

In the Matter of the Estate of Henry Waterman, Deceased.— We are of the opinion that it was not necessary in this case to grant a new trial upon a reversal. (Code Civ. Proc. §§ 2586, 2587.) The motion is denied, without costs. Present —Woodward, Jenks, Gaynor and Miller, JJ.

The People of the State of New York ex rel. William M. Lawson, Appellant, v. Lena L. Lawson, Respondent.—Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Harris Yacknowitz, Respondent, v. Isaac W. Spiro, Appellant. — Motion denied. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Johanna Driscoll, as Administratrix, etc., of Jeremiah P. Driscoll, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

The First National Bank of Sing Sing, Appellant, v. The Sing Sing Gas Manufacturing Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

In the Matter of the Supplementary Proceedings: Rosa Absalon, Judgment Creditor, Respondent, v. Rudolph Sickinger, Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Catherine Schuttler, as Administratrix, etc., of Ralph Schuttler, Deceased, Respondent, v. Daimler Manufacturing Company, Appellant.— Orders affirmed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Andrew Whyte, Respondent, v. William H. Reynolds, Appellant, Impleaded with Edward Johnson and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary Ann Blanck, Respondent, v. Charles M. Preston, as Receiver of the New York Building-Loan Banking Company, Appellant.— Motion granted. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Conrad Doersch, Respondent, v. Central Paper Box Company, Appellant.— Motion granted, with leave to the appellant to withdraw its appeal to the Court of Appeals, without costs, within ten days; and on the further condition that the respondent pay ten dollars motion costs and the disbursements of the said appeal, provided the same be withdrawn. Present — Woodward, Jenks, Gaynor and Miller, JJ.

The First National Bank of Sing Sing, Appellant, v. The Sing Sing Gas Manufacturing Company and Others, Respondents.— Motion denied. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Louise R. Fowler, Executrix, etc., of George R. Fowler, Appellant, v. Northrup Durham, Respondent.— Motion for reargument denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Philip Bux, Appellant, for a Peremptory Writ of Mandamus, v. James G. Tighe, as Magistrate, Second Division, City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.